ANGELINA CIARLO et al., Respondents, and FRANCES A. CIARLO, Individually, Appellant, *v.* NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Appellant and Respondent.

Argued February 25, 1947; decided April 11, 1947.

*Charles E. Murphy,* Corporation Counsel (*Henry J. Shields* and *Seymour B. Quel* of counsel), for defendant-appellant and respondent.

*Michael F. Pinto, Benjamin F. Karpay* and *Benjamin D. Stein* for Frances A. Ciarlo, individually, appellant, and for Frances A. Ciarlo, as guardian, respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.